UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOAQUIN R. WINFIELD,

                 Plaintiff,

                                                          **ORDER**
      -against-                                                CV 07-4570 (TCP)(ARL)

ROBERT DERASSO, et al.,

                Defendants.

-------------------------------------------------------------X

LINDSAY, Magistrate Judge:

      By order dated April 30, 2010, the court directed the defendants to submit a customary joint pretrial order to the court by May 31, 2010. The court also directed any party wishing to make a dispositive motion to take the first step in the motion process by June 11, 2010. Although neither party took steps to submit a motion for summary judgment, the plaintiff did submit a request to Judge Platt for a pre-motion conference to address "amending the pleadings if necessary or desirable."[1] The defendants have not, however, filed the pretrial order. The court will give the parties one final opportunity to do so. The defendants are directed to electronically file the proposed joint pretrial order by September 27, 2010. The case will be returned to the District Judge upon receipt of the pretrial order.

Dated:  Central Islip, New York                  **SO ORDERED:**
          August 30, 2010

                                                                     _____/s/_____
                                                                     ARLENE R. LINDSAY
                                                                     United States Magistrate Judge

---

[1] The court notes that to the extent the plaintiff's July 8th application seeks to address the scheduling of discovery, all discovery was to be completed by November 2009.