**FILED
CLERK**

6/6/2018 11:39 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOAQUIN R. WINFIELD,

               Plaintiff,

    -against-

ROBERT DeROSSO, Sgt. JOHN DOE, Sgt.
NICHOLAS DeSIMONE, WESLEY
BEDNOSKY, DENNIS HORL,
& SUFFOLK COUNTY,
               Defendant.
--------------------------------------------------------X

**ORDER**
07-CV-04570 (JMA)(AYS)

**AZRACK, District Judge:**

Before the Court is a May 14, 2018 Report and Recommendation ("R&R") from Magistrate

Judge Shields recommending that defendants' motion for summary judgment for failure to exhaust

be denied. Defendants have not objected to the R&R.

In reviewing a magistrate judge's report and recommendation, the court must "make a <u>de</u>

<u>novo</u> determination of those portions of the report or . . . recommendations to which

objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); <u>see</u> <u>also</u> <u>Brown v. Ebert</u>, No. 05–CV–5579,

2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §

636(b)(1)(C). Those portions of a report and recommendation to which there is no specific

reasoned objection are reviewed for clear error. <u>See</u> <u>Pall Corp. v. Entegris, Inc.</u>, 249 F.R.D. 48,

51 (E.D.N.Y. 2008).

Having conducted a review of the full record and the applicable law, and having reviewed

the R&R for clear error, the Court adopts Judge Shield's R&R in its entirety.

The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se plaintiff.

**SO ORDERED.**

Dated: June 6, 2018
Central Islip, New York

                        /s/ JMA
                    JOAN M. AZRACK
                    UNITED STATES DISTRICT JUDGE