FILED
CLERK
11/30/2018 11:25 am
For Online Publication Only
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────X
JOAQUIN R. WINFIELD,

        Plaintiff,

  -against-

ROBERT DERASSO, et al.

        Defendants.
─────────────────────────────────────X

**ORDER**
07-cv-4570 (JMA) (AYS)

**AZRACK, United States District Judge:**

Plaintiff filed the instant action *pro se* on October 25, 2007. (ECF No. 1.) On July 11, 2018, the Court granted plaintiff's application for appointment of pro bono counsel. (ECF No. 270.) The Court appointed Michael Pernesiglio, Esq. as pro bono counsel for settlement and, if necessary, the trial of this case. (Id.) Trial is currently scheduled for December 18, 2018.

On November 29, 2018, pro bono counsel filed a letter motion to waive the fees associated with viewing the documents on the electronic docket. (ECF No. 293.)

Accordingly, it is hereby ORDERED that the Law Offices of Michael S. Pernesiglio, PLLC be permitted to view the electronically-filed documents pertaining to docket number 1:07-cv-4570 without cost, in order to prepare for the upcoming trial.

**SO ORDERED.**

Dated: November 30, 2018
Central Islip, New York

                                        /s/ (JMA)
                                  JOAN M. AZRACK
                                  UNITED STATES DISTRICT JUDGE